UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14030-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANDERSON GUIMARAES DE BRITO-NERI,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 25, 2008. A Report and Recommendation was filed on August 4, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count Four of the Superseding Indictment which charges the Defendant with illegal re-entry of a deported alien, in violation of Title 8, United States Code, Section 1326(a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of August, 2008.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office